IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-HC-2119-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRY WAYNE HESSON, | ) | |
| | ) | |
| Respondent. | ) | |

On March 20, 2018, Terry Wayne Hesson ("Hesson") moved for a directive regarding pre-trial incarceration [D.E. 45]. On March 21, 2018, the United States responded in opposition [D.E. 48, 50]. The motion lacks merit and is DENIED.

SO ORDERED. This 22 day of March 2018.

JAMES C. DEVER III
Chief United States District Judge